# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>**SHALONDA HILL** | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:07mj279/EMT<br><br>Randall Lockhart, AFPD<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 & 13 and FSS 322.34 | Driving with knowldge that her license was suspended | 7/28/07 | One |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine/SMA shall be paid no later than November 14, 2007.

| Assessment | Fine | Restitution |
|---|---|---|
| $ 10.00 | $ 150.00 | $ 0.00 |

Date of Imposition of Sentence - 10/17/07

*/s/ Elizabeth M. Timothy*
Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 10-18-07

OFFICE OF CLERK
U.S. DISTRICT CT
NORTHERN DIST. FLA.
PENSACOLA, FLA.

07 OCT 18 PM 1:37

FILED